**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

Cause number:        01-12-00795-CV

Style:        Bob Bennett & Associates, P.C. and Bob Bennett

      **v** Gary O. Land

Date motion filed[*]:        February 14, 2013

Type of motion:        Unopposed Motion to Dismiss Notice of Appeal Filed January 10, 2013

Party filing motion:        Appellants

Document to be filed:

If motion to extend time:

        Deadline to file document:

        Number of previous extensions granted:

        Length of extension sought:

Ordered that motion is:

     ☑     Granted
          If document is to be filed, document due:

          ☐  The Clerk is instructed to file the document as of the date of this order
          ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐     Denied

     ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    **The appeal will continue as to appellants' notice of appeal filed August 23, 2012.**

Judge's signature: /s/ Laura C. Higley
              ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____.

Date: March 20, 2013